AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

United States of America )
v. )
Christian Andino-Arroyo )
) Case No: 3:17-cr-00190-1 (MAJ)
Date of Original Judgment: 04/30/2018 ) USM No: 36312-069
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)* ) Rachel Brill, Federal Public Defender (D.P.R.)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   30   months **is reduced to**   27   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/30/2018   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   02/12/2024                                   Maria Antongiorgi-Jordan
                                                                          *Judge's signature*

Effective Date: _____                             Maria Antongiorgi-Jordan, U.S. Dostrict Judge
*(if different from order date)*                            *Printed name and title*